UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Scott Johnson**, | ) | CASE NO. 2:14-CV-01672-JAM-DB |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER (AS MODIFIED BY THE COURT)** |
| **Fred Arthur Ballew**; **Tata Foods Corporation,** a California Corporation; and Does 1-10, | ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that the scheduling order shall be modified as follows:

- **Expert initial disclosure deadline: September 3, 2019**
- **Expert rebuttal deadline: September 10, 2019**
- **Meet and confer deadline for dispositive motion: November 23, 2019**
- **Dispositive motion filing deadline: December 31, 2019**
- **Dispositive motion hearing deadline: January 28, 2020 at 1:30 p.m.**
- **Deadline to file joint pretrial statement should be continued to March 13, 2020**
- **Pretrial conference should be continued to March 20, 2020 at 10:00 a.m.**
- **Trial should be continued to May 4, 2020 at 9:00 a.m.**

**IT IS SO ORDERED.**

| | |
|---|---|
| DATED: June 28, 2019 | /s/ John A. Mendez<br>Honorable John A. Mendez<br>United States District Court Judge |